JOHN PALMIERI, as Receiver of the Rents, etc., from Nos. 121, 123, 125 and 127 Montague Street and Nos. 121–127 Henry Street, Located in the Borough of Brooklyn, City of New York, Appellant, v. NEW YORK PREPARATORY SCHOOL, Respondent.— Order granting motion to dismiss complaint for insufficiency reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to answer within ten days from service of a copy of the order herein. The complaint seeks a recovery for rent due and unpaid prior to the receiver's appointment. He is entitled to bring such an action. (*Lofsky* v. *Maujer,* 3 Sandf. Ch. 76; *Rider* v. *Bagley,* 84 N. Y. 461, 465; *Wyckoff* v. *Scofield,* 98 id. 475; *Hollenbeck* v. *Donnell,* 94 id. 342, 347;

*Home Life Ins. Co.* v. *O'Sullivan*, 151 App. Div. 535, 538.) Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.